IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRIGID LEWIS, et al.                                                                               PLAINTIFFS

V.                                          Civil No. 20-5038

SHINE SOLAR, LLC, et al.                                                                           DEFENDANTS

## O R D E R

The parties have filed a **Joint Motion to Decertify Collective Action and Motion to Dismiss Plaintiffs' Collective Claims (Doc. 30)**.  As no opt-in Plaintiffs have joined this action, the parties' **Motion** is hereby **GRANTED**, the collective action is **DECERTIFIED**, and the collective claims are **DISMISSED**.

The individual named Plaintiffs in this action have entered into a written settlement agreement after participating in a settlement conference conducted by the undersigned on February 4, 2021.  The undersigned presided over the settlement conference and the parties have consented to my jurisdiction.  The undersigned has reviewed the written settlement agreement and approves it as fair and reasonable.

Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2) The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 18th day of February, 2021.

*/s/ Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE